JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEARL RANGEL, | Case No. CV 16-6119-DMG (SSx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| PLS CHECK CASHERS OF CALIFORNIA, INC., | |
| Defendant. | |

Pursuant to the Court's Order granting Defendant's Motion to Dismiss [Doc. # 16], IT IS HEREBY ORDERED, ADJUDGED, and DECREED that judgment is entered in favor of Defendant PLS Check Cashers of California, Inc. and against Plaintiff Pearl Rangel.

DATED:  November 17, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-