Name: Kevin Mahoney
Address: 249 E. Ocean Blvd. Suite 814
City, State, Zip: Long Beaach, CA 90802
Phone: 562-590-5550
Fax: 562-590-8400
E-Mail: kmahoney@mahoney-law.net

☐ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☒ Retained

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Pearl Rangel

PLAINTIFF(S),

v.

PLS Check Cashers of California

DEFENDANT(S).

CASE NUMBER: 2:16cv06119

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that _____Pearl Rangel_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

### Criminal Matter

☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

### Civil Matter

☒ Order (specify):
11/16/2016 Granting of Defendant's motion

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on ___11/16/2016___. Entered on the docket in this action on 24_____.

A copy of said judgment or order is attached hereto.

12/2/2016
Date

Signature
☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).